IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:06-CR-00046-M-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                                    ORDER

TOBY FRAKNLIN HEATH,

     Defendant.

This matter comes before the court on Defendant's Motion to Amend/Correct Judgment.

DE 115. For good cause shown, that motion is GRANTED.

The fourth paragraph of the judgment shall be amended to the following:

It is, therefore, ORDERED and ADJUDGED that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served, with no supervision to follow.

SO ORDERED this _____ 9th day of October, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE